IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MICHAEL HUNNICUTT,   )<br>       Defendant.    ) | CASE No.<br>1:18-CR-141-MLB-AJB |

## ORDER

This matter having come before the Court on defendant's unopposed motion to continue the sentencing hearing, and good cause appearing, the motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT** the sentencing hearing in this case, which is currently scheduled for June 9, 2021, at 10:00 is **RESCHEDULED** for July 26, 2021 at 2:00 p.m. in courtroom 1906 before Judge Michael L. Brown.

**SO ORDERED** this 26th day of May, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE